IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                                    CIV 09-0278 WJ/KBM
                                                      CR   08-1029 WJ

ALEXANDER RIZO-SUAREZ,

    Defendant-Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on May 12, 2009.  *See Doc. 6.*  The proposed findings notify Defendant of his ability to file objections and that failure to do so waives appellate review.  To-date, he has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 6)* is ADOPTED;

2.    Defendant's § 2255 petition is dismissed **with prejudice;** and

3. A final order enter concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE